

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2015

No. 04-14-00910-CR

Jacob **ADAME**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1528A
Honorable Philip A. Kazen, Jr., Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED.

It is so **ORDERED** on March 4, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2015.

_____
Keith E. Hottle, Clerk